

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | December 17, 2025 |
| U.S. v. GEILOND JOSE VIDO ROMERO, MOISES DAVID NANEZ SANCHEZ, JEFERSON BLADIMIR VIVAS LISCANO, JUAN CARLOS MOJICA VALDERRAMA, and YOHANYI RAFAEL FERRER 8:25MJ673 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA Sean P. Lynch |

Be advised that the above-named Defendants are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒ <u>Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**</u>